## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 293 EAL 2018
:
Respondent   :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
v.   :
:
:
MICHAEL STONE,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.